**Joe KEITH v. UNITED STATES of America.**

No. 5490.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1929.

R. J. Bork, of Chattanooga, Tenn., for appellant.

Everett Greer, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

**Margaret KEYS v. UNITED STATES of America.**

No. 5528.

Circuit Court of Appeals, Sixth Circuit.

Nov. 25, 1929.

John F. Nolan and Hugo F. Chestosky, both of Steubenville, Ohio, for appellant.

W. B. Bartels, Asst. U. S. Atty., of Columbus, Ohio.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellant.

**J. C. KING v. UNITED STATES of America.**

No. 5504.

Circuit Court of Appeals, Sixth Circuit.

Dec. 12, 1929.

H. B. Mack, of Chattanooga, Tenn., for appellant.

Everett Greer, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.

**Solomon KOURI, Appellant, v. UNITED STATES of America, Appellee.**

**George SHOULHOUP, Appellant, v. UNITED STATES of America, Appellee.**

Nos. 2970, 3053.

Circuit Court of Appeals, Fourth Circuit.

July 9, 1930.

Jo. N. Kenna, of Charleston, W. Va., for appellants.

James Damron, U. S. Atty., of Huntington, W. Va.

Before PARKER and NORTHCOTT, Circuit Judges, and GRONER, District Judge.

PER CURIAM.

In both of these appeals the judgment of the court below is reversed and a new trial is granted on the authority of Withrow v. U. S. (C. C. A. 4th) 1 F.(2d) 858, and Graham v. U. S. (C. C. A. 4th) 12 F.(2d) 717.

Reversed.

**Harry LANGLEY v. UNITED STATES of America.**

No. 5561.

Circuit Court of Appeals, Sixth Circuit.

March 21, 1930.

A. B. Galloway and A. E. Weinstein, both of Memphis, Tenn., for appellant.

Lindsay B. Phillips, U. S. Atty., of Memphis, Tenn.

PER CURIAM.

Judgment of District Court affirmed.